UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOLA G. BARRON,<br><br>                Plaintiff,<br><br>vs.<br><br>DELTA AIRLINES, et al.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-04219-JPB |

## J U D G M E N T

This action having come before the court, Honorable J.P. Boulee, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed. Dated at Atlanta, Georgia, this 13th day of June, 2023.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT

                                        By:   s/ N. Bowen
                                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 13, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ N, Bowen
        Deputy Clerk